# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Nil Leo,<br><br>     Plaintiff<br><br>v.<br><br>Nevada Division of Parole and Probation,<br><br>     Defendant | **2:16-cv-02492-JAD-VCF**<br><br>**Order Adopting Report and Recommendation and Dismissing and Closing Case**<br><br>[ECF No. 3] |

On January 1, 2017, the magistrate judge granted Nil Leo's application to proceed *in forma pauperis* and recommended that I dismiss Leo's complaint with leave to amend. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1]  Objections to the magistrate judge's report and recommendation were due by January 20, 2017, and Leo has not filed an objection or requested an extension to do so.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the magistrate judge's report and recommendation **[ECF No. 3] is ADOPTED**.  This case is DISMISSED without prejudice.

The Clerk of Court is directed to CLOSE THIS CASE.

Dated this 9th day of February, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).